Gordon Russell Sellers, pro se. Marla Graff Decker, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Gordon Russell Sellers seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Sellers v. Angelone,* No. CA–00–1243–AM (E.D.Va. Nov. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

Eddie Ray Spivey, pro se. Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, NC, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Eddie Ray Spivey appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Spivey v. Dewalt,* No. CA–00–347–5–BO (E.D.N.C. Dec. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

**Eddie Ray SPIVEY, Petitioner–Appellant,**

v.

**Stephen DEWALT; United States Parole Commission, Respondents–Appellees.**

No. 01–6114.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

---

**Dwayne Leon THOMPKINS, Petitioner–Appellant,**

v.

**COMMONWEALTH OF VIRGINIA, Respondent–Appellee.**

No. 01–6143.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.